## Commonwealth *v.* Madison, Appellant.

Before MIRARCHI, JR., J., without a jury.

 Submitted September 12, 1975. *Michael D. Fioretti,* for appellant; *David Fabe Michelman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.